# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CEDRIC GLAZE, ADC #132460;　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
and MAKIELAH GLAZE

v.　　　　　　　　　　　　　NO. 2:11CV00082 JLH

ROBIN IVEY, Patrolman,
Forrest City Police Department　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

It has come to the attention of the Court that the address of the minor plaintiff, Makielah Glaze, should be redacted. The Clerk of the Court is directed to remove the address of Makielah Glaze from the docket sheet.

IT IS SO ORDERED this 11th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE