**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CEDRIC GLAZE and                                                    PLAINTIFFS
MAKIELAH GLAZE

v.                                        NO. 2:11CV00082 JLH

RUBEN IVEY                                                          DEFENDANT

**<u>ORDER</u>**

The motion for reconsideration filed by Cedric Glaze is denied.  Document #21.

IT IS SO ORDERED this 19th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE