# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

| | |
|---|---|
| CEDRIC GLAZE, ADC #132460;<br>and MAKIELAH GLAZE | PLAINTIFFS |
| v.   NO. 2:11CV00082 JLH | |
| RUBEN IVEY, Patrolman,<br>Forrest City Police Department | DEFENDANT |

## ORDER

Ruben Ivey's motion to withdraw his response to the motion for default judgment is GRANTED. Document #35. A substituted response may be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 14th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE