# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CEDRIC GLAZE, *et al.*                                                                                    PLAINTIFFS
ADC #132460

v.                                       NO. 2:11CV00082 JLH

FORREST CITY POLICE DEPARTMENT, *et al.*                                          DEFENDANTS

## **ORDER**

The Court has received from Plaintiff a document which appears to be a declaration from a non-party. However, Plaintiff is represented by counsel, and it is not the Court's practice to accept filings from represented parties. Accordingly, the Clerk is directed to forward the document to Plaintiff's attorney of record without filing it, and to send Plaintiff a copy of this order. Plaintiff should direct further inquires about this lawsuit to his attorney.

IT IS SO ORDERED this 22nd day of February, 2012.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE