# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

CEDRIC GLAZE, ADC #132460, *et al.*                                                PLAINTIFFS

v.                                          NO. 2:11CV00082 JLH

RUBEN IVEY, Patrolman,
Forrest City Police Department                                                      DEFENDANT

## ORDER

Plaintiff Cedric Glaze, formerly incarcerated at the Arkansas Department of Correction, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 25, 2011, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On April 6, 2012, Glaze filed a change of address notice which indicates that he has now been released from custody.

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Glaze wishes to proceed with this lawsuit, he is directed to pay the filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry of this Order. Glaze's failure to do so will result in the dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk is directed to forward an IFP application to Glaze.

2.   Glaze is directed to submit the $350.00 statutory filing fee, or to complete and sign the IFP application and file it, no later than 30 days after the entry date of this Order. Glaze's failure to do so will result in the dismissal of his complaint.

DATED this 1st day of May, 2012.

                                                          /s/ J. Leon Holmes
                                                          UNITED STATES DISTRICT JUDGE