# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CEDRIC GLAZE, *et al*.                                                                    PLAINTIFFS

v.                                        NO. 2:11CV00082 JLH

RUBEN IVEY, Patrolman,
Forrest City Police Department                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order filed separately today, judgment is entered dismissing this case with prejudice. The plaintiffs' claims are dismissed with prejudice, with the exception of the state law claims, which are dismissed without prejudice. The relief sought is denied.

IT IS SO ORDERED this 14th day of August, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE